| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **ARTHUR J. ABRAMOWITZ (AA3724)**<br>**JERROLD N. POSLUSNY, JR. (JP7140)**<br>**COZEN O'CONNOR**<br> A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5000<br>(856) 910-5075 (fax)<br>Attorneys for the Plan Administrator | |
| In re:<br><br>TKC MARLTON, INC.,<br><br>Debtor. | Case No.:   06-18759 (GMB)<br><br>Judge:   Gloria M. Burns |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Bederson & Company LLP (the "Plan Administrator"), the plan administrator for the estate of TKC Marlton, Inc. f/k/a TekConnect Corporation, by and through its undersigned counsel, states that the entire amount in the Plan Administrator's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of $46,005.08, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed on the attached list together with their last known address.

Dated:  March 29, 2011                     COZEN O'CONNOR, PC

                                           By:    /s/ Jerrold N. Poslusny, Jr.
                                                  Jerrold N. Poslusny, Jr.

                                           Attorneys for the Plan Administrator

## TEKCONNECT CORPORATION, INC.
### SCHEDULE OF RETURNED DISTRIBUTIONS / REMAINING UNCLAIMED FUNDS

| Vendor / Payee | Last Known Address | Check Amount |
|---|---|---:|
| Allied Waste Services / Republic Services | PO Box 9001099<br>Louisville, KY 40219-0000 | 1,111.22 |
| Andre Zazzera | 204 W. Maple Avenue<br>Merchantville, NJ 08109-0000 | 60.97 |
| Astaro Corporation | 3 New England Executive Park, Burlington, MA 01803-0000 | 2,034.04 |
| Axxon Information Systems | G-3055 East Bristol Rd<br>Burton, MI 48529-0000 | 132.16 |
| Chase Automotive Finance | Chase Auto Finance<br>P.O. Box 901032<br>Ft. Worth, TX 76101-2032 | 64.87 |
| Chase Automotive Finance | P.O. Box 830210<br>Baltimore, MD 21283-0210 | 120.46 |
| CHIP PC | 2 Marine View Plaza<br>Hoboken, NJ 07030-0000 | 116.34 |
| Ciphertrust | 4800 N Point Pkwy Ste 400<br>Dept. at 952156<br>Atlanta, GA 31192-2156 | 1,413.02 |
| CitiStreet, LLC | P.O. Box 7780-4726<br>401K Plan Services<br>Philadelphia, PA 19182-0007 | 362.11 |
| Citizens Conferencing | P.O. Box 1053<br>Bedford Park, IL 60499-1053 | 70.57 |
| Comcast Cable | P.O. Box 3005<br>Southeastern, PA 19398-3005 | 25.72 |
| Deer Park Spring Water, Co. | PO Box 52271<br>Phoenix, AZ 85072-2271 | 20.64 |
| Enterprise Cabling Group | 805 West 5th Street<br>Lansdale, PA 19446-0000 | 89.02 |
| Executive Imaging Systems | P.O. Box 2380<br>Cherry Hill, NJ 08034 | 27.46 |
| First Colony Life Insurance | P.O. Box 79314<br>Baltimore MD 21279-0314 | 39.07 |
| Garrett Sayer Group, LLC | P.O. Box 7247-8341<br>Philadelphia, PA 19170-8341 | 858.52 |
| Henry Lazarecki III | 25728 Firwood<br>Warren, MI 48089-0000 | 130.61 |
| Ingram Micro | P.O. Box 415034<br>Boston, MA 02241-5034 | 19,719.95 |
| Insource, Inc. | 500 North Gulph Road, Ste 450<br>King of Prussia, PA 19406 | 4,111.88 |
| Island Waste Services | 344 Duffy Avenue<br>Hicksville, NY 11801-3612 | 22.44 |
| Kangaroo Moving Services, Inc. | 110 Schmitt Rd.<br>Farmingdale, NY 11736-0000 | 149.81 |
| Key Equipment Finance | P.O. Box 203901<br>Houston, TX 77216-3901 | 50.75 |
| Mobile Tech Fabrication | 6255 Webster Street<br>Dayton, OH 45413 | 120.52 |

## TEKCONNECT CORPORATION, INC.
### SCHEDULE OF RETURNED DISTRIBUTIONS / REMAINING UNCLAIMED FUNDS

| Vendor / Payee | Last Known Address | Check Amount |
|---|---|---|
| Murphy & O'Conner | 1810 Chapel Avenue West<br>Commerce Center, Suite 130<br>Cherry Hill, NJ 08003 | 85.01 |
| Primus Telecommunication | PO Box 17364<br>Baltimore, MD 21297-1364 | 2.87 |
| Quantam Corporation | 165 Broadway<br>New York, NY 10006-1404 | 318.74 |
| Quill Corporation | Accounting Department<br>P.O. Box 94081<br>Palatine, IL 60094-4801 | 17.61 |
| Regus Business Center | 101 W. Big Beaver Road-14th Fl.<br>Regus Troy Columbia Center II<br>Troy, MI 48084-0000 | 709.07 |
| Robert N. Thomson | 5495 Autumn Court<br>Englewood, CO 80111-0000 | 1,624.69 |
| RSM McGladrey, Inc. | 100 Dobbs Lane, Suite 209<br>Cherry Hill, NJ 08034 | 751.81 |
| Spacely LLC | 1330 Avenue of the Americas<br>New York, NY 10019-0000 | 9,475.87 |
| State of Ohio-Collections Enforcement | PO Box 130<br>Columbus, OH 43216-0530 | 1,257.54 |
| The Admins | 14 Main Street, Suite 301<br>Madison, NJ 07940-0000 | 70.12 |
| Verizon Wireless | PO Box 17464<br>Baltimore, MD 21297-1464 | 80.57 |
| Waste Management RMC | 2421 W. Peoria Avenue<br>Phoenix, AR 85029 | 207.08 |
| Wissahickon Spring Water | 10447 Drummond Rd.<br>Philadelphia, PA 19154-0000 | 2.20 |
| Wolf Block | Attn: Marilyn Beckman<br>1650 Arch Street<br>Philadelphia, PA 19030 | 549.75 |

**Total Unclaimed Funds - Clerk, US Bankruptcy Court**  46,005.08